# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-20503
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2014

UNITED STATES OF AMERICA,

Lyle W. Cayce
Clerk

Plaintiff-Appellee

v.

JUAN CARLOS HERNANDEZ-ROBLES, also known as Carlos Robles, also known as Carlos Robles-Hernandez, also known as Juan Carlos Robles-Hernandez, also known as Jean Carlos Robles-Hernandez, also known as Carlos Juan Hernandez Robles, also known as Carlos Robles Hernandez, also known as Juan Carlos Hernandez, also known as Juan Hernandez-Robles,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-121-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Carlos Hernandez-Robles has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20503

*v. Flores*, 632 F.3d 229 (5th Cir. 2011).   Hernandez-Robles has not filed a response.   We have reviewed counsel's brief and the relevant portions of the record reflected therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.   *See* 5TH CIR. R. 42.2.